**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) |
| | **ORDER TO WITHDRAW SVEN E. HENNINGSON AS ATTORNEY OF RECORD** |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC. <br><br> *Plaintiffs,* <br><br> -against- <br><br> GOOGLE LLC and ALPHABET INC., <br><br> *Defendants.* | Case No. 1:21-cv-03446 (PKC) |
| GANNETT CO., INC. <br><br> *Plaintiff,* <br><br> -against- <br><br> GOOGLE LLC and ALPHABET INC., <br><br> *Defendants.* | Case No. 1:23-cv-05177 (PKC) |
| DOTDASH MEREDITH INC. A/K/A PEOPLE INC. and MEREDITH OPERATIONS CORPORATION, <br><br> *Plaintiffs,* <br><br> -against- <br><br> GOOGLE LLC and ALPHABET INC., <br><br> *Defendants.* | Case No. 1:25-cv-07194 (PKC) |

| | |
|---|---|
| INSIDER, INC.,<br><br>*Plaintiff,*<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants.* | Case No. 1:25-cv-07409 (PKC) |
| THE SLATE GROUP LLC,<br><br>*Plaintiff,*<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants.* | Case No. 1:25-cv-07697 (PKC) |
| CMI MARKETING, INC.,<br><br>*Plaintiff,*<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants.* | Case No. 1:25-cv-08630 (PKC) |
| PENSKE MEDIA CORPORATION and SHEMEDIA, LLC,<br><br>*Plaintiffs,*<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants.* | Case No. 1:26-cv-00225 (PKC) |

| | |
|---|---|
| THE ATLANTIC MONTHLY GROUP LLC,<br><br>*Plaintiff*,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:26-cv-00272 (PKC) |
| VOX MEDIA, LLC,<br><br>*Plaintiff*,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:26-cv-00325 (PKC) |
| McCLATCHY MEDIA COMPANY, LLC,<br>McCLATCHY SHARED SERVICES, LLC,<br>and A360 MEDIA, LLC,<br><br>*Plaintiffs*,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:26-cv-00339 (PKC) |
| ADVANCE PUBLICATIONS, INC.,<br>ADVANCE MAGAZINE PUBLISHERS<br>INC., ADVANCE LOCAL MEDIA LLC,<br>PLAIN DEALER PUBLISHING CO., and<br>THE REPUBLICAN COMPANY,<br><br>*Plaintiffs*,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:26-cv-00343 (PKC) |

| | |
|---|---|
| ZIFF DAVIS, INC., *Plaintiff*, -against- GOOGLE LLC and ALPHABET INC., *Defendants*. | Case No. 1:26-cv-01055 (PKC) |
| LOS ANGELES TIMES COMMUNICATIONS LLC and NANTMEDIA HOLDINGS, LLC, *Plaintiffs*, -against- GOOGLE LLC and ALPHABET INC., *Defendants*. | Case No. 1:26-cv-01593 (PKC) |

The Court has determined that the motion to withdraw Sven E. Henningson as attorney of record in the above-captioned proceedings should be granted.

**IT IS HEREBY ORDERED** that Sven E. Henningson be withdrawn as Counsel for Associated Newspapers, Ltd., Mail Media, Inc., Gannett Co., Inc., Dotdash Meredith Inc. a/k/a People Inc., Meredith Operations Corporation, Insider, Inc., The Slate Group LLC, CMI Marketing, Inc., Penske Media Corporation, SheMedia, LLC, The Atlantic Monthly Group LLC, Vox Media, LLC, McClatchy Media Company, LLC, McClatchy Shared Services, LLC, A360 Media, LLC, Advance Publications, Inc., Advance Magazine Publishers Inc., Advance Local Media LLC, Plain Dealer Publishing Co., The Republican Company, Ziff Davis, Inc., Los Angeles Times Communications LLC, and NantMedia Holdings, LLC in the above-captioned proceedings.

Dated: **6/15/2026**

_____
Honorable P. Kevin Castel

1